UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

QUINCEY B. CARPENTER															PLAINTIFF

V.																CIVIL ACTION NO. 3:25-CV-98-KHJ-MTP

UPS WORLD HEADQUARTERS, et al.												DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment dismissing this case without prejudice. This case is closed.

SO ORDERED AND ADJUDGED, this 16th day of May, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE